

FILED

12/14/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0623

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 21-0623

STATE OF MONTANA,

Plaintiff and Appellee,

v.

BRANDON JEROME LAMBRIGHT,

Defendant and Appellant.

FILED

DEC 1 4 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellate Defender Chad Wright has asked this Court to permit an out-of-time appeal for Appellant Brandon Jerome Lambright from the Order entered August 4, 2021, by the Nineteenth Judicial District Court, Lincoln County, in Cause No. DC-19-147. The Attorney General's Office does not object to this petition.

Wright asserts that trial counsel attempted to timely refer Lambright's case to the Appellate Defender Division but a technical issue with the new case management system for the Office of Public Defender, which have since been resolved, caused ADD not to discover the referral in a timely manner.

Since this appeal is untimely under M. R. App. P. 4(5), Lambright moves this Court for leave to pursue an out-of-time appeal. We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice." Wright argues that such would occur here if Lambright were denied the right to appeal based on technical difficulties with OPD's case management software. We agree.

Therefore,

IT IS ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant shall have thirty days from the date of this Order within which to prepare, file, and serve a Notice of Appeal and a Request for Transcripts in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 14 day of December, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices

2